EILEEN M. DECKER
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
CHARLES PARKER (Cal. Bar No. 283078)
Assistant United States Attorney
    300 N. Los Angeles Street
    Federal Building, Suite 7211
    Los Angeles, CA 90012
    Telephone:(213) 894-2740
    Facsimile: (213) 894-0115
    Email: charles.parker@usdoj.gov

Attorneys for the United States of America

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>JOHN R.D. FREMONT<br><br>Debtor.<br><hr>JOHN R.D. FREMONT,<br><br>Appellant,<br><br>UNITED STATES OF AMERICA,<br><br>Appellee. | District Court Case No.:<br>2:16-cv-7973-JAK<br><br>Bankruptcy Court Case No.:<br>2:12-bk-46765-TD<br><br>Adversary Case No.:<br>2:13-ap-02200-DS<br><br>THE UNITED STATES' SUPPLEMENTAL DESIGNATION OF RECORD |

Pursuant to the Clerk's October 26, 2016, Order (Dkt. No. 2) and Federal Rule of Bankruptcy Procedure 8009(a)(2), Appellee the United States hereby provides the following supplemental designations of record on appeal:

1

**Docket Entries from *In re John R.D. Fremont***

**Bankruptcy Case No. 2:12-bk-46765-TD (Central District of California)**

| Filing Date | Docket No. | Description |
| --- | --- | --- |
| 11/01/2012 | 1 | Chapter 7 Voluntary Petition |
| 02/04/2013 | 11 | Discharge |
| 02/11/2013 | 13 | Bankruptcy Case Closed |
| 07/18/2013 | 14 | Motion to Reopen Chapter 7 Case |
| 07/18/2013 | 15 | Notice of Motion to Reopen Chapter 7 Case |
| 09/16/2013 | 16 | Order Reopening Bankruptcy Case to address dischargeability of 2001, 2002 and 2003 tax liability |
| 10/22/2013 | 20 | Amended Notice of Motion to address dischargeability of 2001, 2002 and 2003 tax liability |
| 10/22/2013 | 21 | Amended Motion to Address Dischargeability of 2001, 2002 and 2003 tax liability |
| 11/21/2013 | 22 | Opposition to Motion to Address Dischargeability of 2001, 2002 and 2003 tax liability |
| 11/26/2013 | 23 | Reply to Motion |
| 12/12/2013 | 25 | Order Denying Debtor's Amended Motion to address dischargeability of 2001, 2002 and 2003 tax liability |

**Docket Entries from *John R.D. Fremont v. United States of America***

**Adversary Case No. 2:13-ap-02200-DS (Central District of California)**

| Filing Date | Docket No. | Description |
|---|---|---|
| 01/14/2015 | 31 | Order reassigning adversary proceeding to Judge Deborah Saltzman |
| 08/02/2016 | 50 | Status Report |

                Respectfully submitted,

                EILEEN M. DECKER
                United States Attorney
                THOMAS D. COKER
                Assistant United States Attorney
                Chief, Tax Division

Date: November 16, 2016                /s/
                CHARLES PARKER
                Assistant United States Attorney
                Attorneys for the United States of America

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 300 N. Los Angeles Street, Room 7211, Los Angeles, CA 90012

A true and correct copy **THE UNITED STATES' SUPPLEMENTAL DESIGNATION OF RECORD** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On November 16, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Debtor**
John R.D. Fremont
5341 Loma Linda Avenue, #1
Los Angeles, CA 90027

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On November 16, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Deborah R Bronner    debbronner@aol.com
Charles Parker    charles.parker@usdoj.gov, USACAC.criminal@usdoj.gov
Najah J Shariff    najah.shariff@usdoj.gov, USACAC.criminal@usdoj.gov
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on November 16, 2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**PERSONAL DELIVERY**
Honorable Deborah J. Saltzman
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1634 / Courtroom 1639
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 16, 2016 | Maria Luisa Q. Parcon | /s/ Maria Luisa Parcon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**